**JORDAN PHILLIPPI**
Plaintiff, Pro Se
7 Rue d'Alsace Lorraine
Nice 06000, France
Telephone: +33 6 30 97 31 43
Email: jordanmphillippi@gmail.com

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN PHILLIPPI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ZENDESK, INC., a Delaware corporation;<br>WE ARE CLOUD SAS, a French société<br>par actions simplifiée; and DOES 1–10,<br>inclusive,<br><br>Defendants. | Case No. 4:26-cv-05044-AMO<br><br>**STIPULATED REQUEST FOR AN<br>ORDER EXTENDING TIME TO<br>RESPOND TO DEFENDANT<br>ZENDESK,<br>INC.'S MOTION TO DISMISS (CIVIL<br>L.R. 6-1(b), 6-2, 7-12) AND<br>[~~PROPOSED~~]<br>ORDER** |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff Jordan Phillippi, appearing

pro se, and Defendant Zendesk, Inc. ("Zendesk"), by and through its counsel of record, hereby

stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in this action on May 28, 2026;

WHEREAS, on June 25, 2026, Zendesk served its Motion to Dismiss the Complaint

Under Federal Rule of Civil Procedure 12(b)(6) (the "Motion to Dismiss") and a supporting

Request for Judicial Notice, making Plaintiff's opposition due July 9, 2026, under Civil Local

Rule 7-3(a);

WHEREAS, Plaintiff is self-represented, resides in France, and is diligently seeking to retain legal counsel, and has requested additional time to respond to the Motion to Dismiss;

WHEREAS, this action has been reassigned to the Honorable Araceli Martínez-Olguín, United States District Judge; the Court has confirmed a hearing on the Motion to Dismiss for October 1, 2026, at 2:00 p.m., in Courtroom 5, 2nd Floor, in Oakland, California;

WHEREAS, there have been no previous time modifications in this action, whether by stipulation or Court order; and

WHEREAS, the schedule below preserves the four weeks between the close of briefing and the hearing required by Judge Martínez-Olguín's Standing Order for Civil Cases, and the requested extension will not alter the date of any event or deadline already fixed by Court order;

NOW, THEREFORE, the parties stipulate, and respectfully request that the Court order, as follows:

1.  Plaintiff's deadline to file an opposition to the Motion to Dismiss is extended to and including August 20, 2026;

2.  Zendesk's deadline to file a reply in support of the Motion to Dismiss is extended to and including September 3, 2026; and

3.  The hearing on the Motion to Dismiss remains set for October 1, 2026, at 2:00 p.m., in Courtroom 5, 2nd Floor, Oakland, California, before the Honorable Araceli Martínez-Olguín.

IT IS SO STIPULATED.

Dated: July 9, 2026

Dated: July 8, 2026

BOYER WENTER LLP

/s/ Todd K. Boyer
TODD K. BOYER

STIPULATED REQUEST FOR ORDER EXTENDING TIME (L.R. 6-2) — Case No. 4:26-cv-05044-AMO — Page 2

JORDAN PHILLIPPI                    BILLIE D. WENTER
Plaintiff, Pro Se                   Attorneys for Defendant ZENDESK, INC.

**FILER'S ATTESTATION (CIVIL L.R. 5-1(i)(3))**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence

in its filing has been obtained from each of the other signatories.

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/9/2026

_____

ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE